# DOCUMENTS TO BE SEALED

## *PLAINTIFF*

## *-V-*

## *DEFENDANT*

**DOCKET NUMBER:** 19 CV 02263

**DATE FILED:** MAR 1 3 2019

**SIGNED BY:** _____

**DATE SIGNED:** MAR 1 2 2019

## TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

__X__ COMPLAINT / PETITION ONLY & supporting papers (vB)

_____ OTHER DOCUMENTS / EXHIBITS

BATTS, J
PART, I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC BRANDT, Derivatively on Behalf of Nominal Defendant SYNACOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HIMESH BHISE, WILLIAM J. STUART, JORDAN A. LEVY, KUO-YEN (ANDREW) KAU, GARY L. GINSBERG, MARWAN FAWAZ, MICHAEL J. MONTGOMERY, M. SCOTT MURPHY, and ELISABETH B. DONOHUE, <br><br> Defendants, <br><br> - and - <br><br> SYNACOR, INC., <br><br> Nominal Defendant. | Civil Action No. _____ <br><br><br> 19 CV 02263 |

DAB
3/12/19

## [PROPOSED] ORDER GRANTING THE UNOPPOSED *EX PARTE* MOTION TO FILE PLAINTIFF'S VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT AND SUPPORTING PAPERS UNDER SEAL

THIS MATTER, having been brought before the Court on Plaintiff's unopposed *ex parte* motion for entry of an order to file under seal (the "*Ex Parte* Motion"); and Plaintiff having submitted the following documents: (1) the *Ex Parte* Motion; and (2) the Declaration of Geoffrey M. Johnson and Exhibit A thereto (the Confidentiality and Non-Disclosure Agreement executed on October 8, 2018); and the Court having considered Plaintiff's submissions and having found that there are legitimate confidentiality concerns warranting the relief sought; and for good cause shown, it is on this 12th day of March, 2019,

**ORDERED** that Plaintiff's *Ex Parte* Motion is **GRANTED**, and it is further

**ORDERED** that Plaintiff's Verified Stockholder Derivative Complaint and supporting papers in the above-captioned action are to be filed under seal and remain sealed until further order of the Court.

*Deborah A. Batts*

UNITED STATES DISTRICT JUDGE