UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE SYNACOR DERIVATIVE LITIGATION   :
                                                            :
                                                            :      19 Civ. 2263 (LGS)
                                                            :
                                                            :            ORDER
                                                            :
                                                            :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 22, 2019, the Court stayed this shareholder derivative action pending final resolution of the defendants' motion to dismiss in *Lefkowitz v. Synacor, Inc.*, No 1:18-cv-02979-LGS (the "Securities Class Action").

WHEREAS, on November 12, 2020, the Second Circuit issued its mandate in the Securities Class Action, affirming dismissal of the plaintiffs' claims in that action. Accordingly, it is hereby

**ORDERED** that by **November 20, 2020**, the parties shall file a joint letter proposing next steps.

Dated: November 13, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE