UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SYNACOR DERIVATIVE LITIGATION

No. 1:19-cv-02263-LGS

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and by and through counsel, Lead Plaintiffs Eric Brandt and Stephen Stansell hereby notice their dismissal of this action without prejudice.

Dated: November 19, 2020

s/ Jing-Li Yu
Jing-Li Yu
SCOTT AND SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
(212) 223-6444 (t)
(212) 223-6334 (f)
jyu@scott-scott.com

Geoffrey M. Johnson (*pro hac vice*)
SCOTT AND SCOTT ATTORNEYS AT LAW LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
(216) 229-6088 (t)
(216) 229-6092 (f)
gjohnson@scott-scott.com

*Counsel for Lead Plaintiffs Eric Brandt and Stephen Stansell*

SO ORDERED

Dated: November 24, 2020
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE